**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  **IP Address:** 108.36.206.243
**Total Works Infringed:** 29  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7AE09EDC105B7B9311D1044FC528E08108EB7AAE<br>File Hash:<br>123CCF5B34FB8EF6B4594B898DCF37A9CE8B3D83E67209A8DDC6745A7997CDE3 | 12/04/2024<br>14:05:37 | TushyRaw | 09/20/2023 | 10/18/2023 | PA0002435608 |
| 2 | Info Hash: 6235336C2BD1FBF2ED74794D807165A07F08A040<br>File Hash:<br>605674E86BA45C6BF5D627B27E982E895A7DC48BB62446FC64D82B66662BD2BB | 12/04/2024<br>13:15:44 | Tushy | 03/10/2024 | 04/12/2024 | PA0002465216 |
| 3 | Info Hash: A10BA8B595EFCC2E68AADAB360ACF20654D62B8D<br>File Hash:<br>605A8668CE281C4134DA91361F04C0AE1C1A174856F0A5383719A25178BD80C2 | 12/04/2024<br>12:43:53 | Blacked | 06/27/2024 | 07/15/2024 | PA0002480447 |
| 4 | Info Hash: A2FE8B062C32CEBBEA9C7A067F2B98995322D0B7<br>File Hash:<br>4CCB6060805A5E0F50750FA115F84A32567ECBC1D486FD41720BCA849B0ACBC8 | 12/04/2024<br>12:37:55 | Blacked Raw | 12/25/2023 | 01/16/2024 | PA0002449503 |
| 5 | Info Hash: 5732DE27077A58D178897949A3AC5DC67EB6CA74<br>File Hash:<br>6AC1B82CD702C08554D52E519AF044AEAB9D54437A6D2B8232EE1012B4A5BD2D | 12/04/2024<br>12:33:42 | Blacked | 09/05/2024 | 09/17/2024 | PA0002490366 |
| 6 | Info Hash: 332B234E320CA1AB726640AAE2CFB5CEA4585376<br>File Hash:<br>73F2BE7316BCD5C0078CCB64119ECF78DF068514A86E385C97F7366DFC7FD545 | 12/04/2024<br>10:35:00 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 7 | Info Hash: A3A4A61808CC4464291EE919A6696B7FD163F722<br>File Hash:<br>D857690708A3A8AE0012D135E675C7BF794F3D8E28F343A3E791C1E4D636D47D | 09/24/2024<br>04:24:03 | Vixen | 05/12/2023 | 06/09/2023 | PA0002415370 |
| 8 | Info Hash: A9D6E358100DA03FA0711E950D196E8F972B0972<br>File Hash:<br>E1A3ED509005ABAFB4CB6262E6EB35A946E1422A461D54CEA712B67B94F84943 | 09/24/2024<br>04:05:41 | Blacked | 01/29/2022 | 02/14/2022 | PA0002335485 |
| 9 | Info Hash: BF304ED8602E82E886BD73E5DC682FBE1153BCAB<br>File Hash:<br>CADB8193E6B0AD6AFB84E5EC8E0EEE53C840DCB7716383E2F96FFDFC34AFE268 | 09/24/2024<br>04:05:40 | Vixen | 02/25/2022 | 03/29/2022 | PA0002342849 |
| 10 | Info Hash: 979CF81ABC74669F8CD01EBB59F850421C88870E<br>File Hash:<br>84CCA9BF82CAD127F48551AFEC4E02AF69546F4EF2A9E36D51A067F9B1EBF5BC | 09/24/2024<br>04:04:44 | Vixen | 04/22/2022 | 05/20/2022 | PA0002350377 |
| 11 | Info Hash: 25B680E1DFD208AA8CDA8A74D98948D615D9AFC5<br>File Hash:<br>116EE34AA87A7074803D52024B5CFA60F33DD1D8914DBF5AE0CC88C898859B48 | 09/24/2024<br>04:01:42 | Blacked | 12/10/2022 | 01/10/2023 | PA0002389588 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 9900994D9F711DC57B56FAF357ABDE84F4D562AE<br>File Hash: D1E3B241595C6CB921A25329247C372EDEE91F8B6C25DE52F8342D92E66ABE5C | 09/24/2024 04:00:54 | Blacked Raw | 02/23/2023 | 03/06/2023 | PA0002399998 |
| 13 | Info Hash: DA41F73C20EF0639FA92F3B337C2B4868D4CC850<br>File Hash: 8B00908F5E5FD92AE1B9014EBC89F17A5BE461176EEB6597D59D6A1834C5E6AB | 09/24/2024 04:00:28 | Blacked | 03/04/2023 | 04/07/2023 | PA0002405754 |
| 14 | Info Hash: 88837464E52D93994E514C5EE1CAE4EAE926CABD<br>File Hash: E0973F6FA05E067503FB3A92CE920FE40E83112E737B462BCE087A67B78FE62E | 09/24/2024 03:32:30 | TushyRaw | 07/09/2024 | 07/16/2024 | PA0002480606 |
| 15 | Info Hash: A9A179C4AC43970CCA6A185147521D24BBC7FFE2<br>File Hash: 15414C0C99907C066A38C0162F450F9D7A9D8A00C012A488F8B616481160753D | 09/24/2024 03:31:44 | Vixen | 09/20/2024 | 10/16/2024 | PA0002494775 |
| 16 | Info Hash: 1542B9EBA8A102FFDBB12E80DA706CBD06A79B9A<br>File Hash: FD39691581830C4ADBD70175994650094D5314D2488548019D5432F09EA741BD | 09/07/2024 21:42:29 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 17 | Info Hash: 4700026C242B9D12B1CB9A29A3F3FDAA46EC7147<br>File Hash: DD1A048071BDB5198B2E6D4183BADE1888B4BED757D89CF15A7AAB2D5A91363B | 09/07/2024 21:41:25 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 18 | Info Hash: AA2586EB25B35F06D5EBCCEF7DF722A8E056D585<br>File Hash: 7F8F494EDDB8C59F90FBB9FAFB6731D917CDBE8920717CCBEC2229EE1DB29B1A | 09/07/2024 21:41:06 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 19 | Info Hash: E5325D53D63C18B29AA57D1FEB9809C7530ED5FB<br>File Hash: D6C5D5F4FEE5432558E9DE4908AFF7B2C1B24D1BD5BE27176567161B24A11875 | 09/07/2024 21:40:48 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 20 | Info Hash: EE48826BEE76BFBDA65E6DEC93375E1C2AABA350<br>File Hash: 44EA7991FC87691EECA1B42F7B640C88858A4CE5DD65B23263C1FEACDF52267E | 09/07/2024 21:40:44 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 21 | Info Hash: 6F6F811798C7F80D5051C5DFA9530942C551EB06<br>File Hash: 4602BAE614A02B18E134D732F2CD85E95DA03679C0676867EB338C00289B0AED | 09/07/2024 21:40:43 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 22 | Info Hash: F347F210A5277F7A7D6D4A2F4C597F4D26072821<br>File Hash: 20FE3A9931060EE0FB92DC82EF5962ED7BDA04A528E18C90B3F7444C13891444 | 09/07/2024 21:40:32 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 23 | Info Hash: 63B350806901FEC8C05022D0B4FFACF9BB9171C5<br>File Hash: 74BD21538420074934712AB6C5CF5B9BB37BD110ECC6AFC6C119FDCE9309C0F0 | 02/18/2024 00:44:19 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 8EE3D2EB92A8E277CC207A27DBFFB4F777325336<br>File Hash: 993EF9DA338E1E1ACA01BBFAAF12106C2F31CC1345E81516EBBE8243F8453158 | 02/17/2024 21:39:51 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |
| 25 | Info Hash: 21B3CCD055741B3B084183D6F8FF508942E837E3<br>File Hash: 7641E3588052323E16CA3631073463CC0F052C36D0DBD517DA03D7816E112C82 | 02/17/2024 21:25:37 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |
| 26 | Info Hash: F884A0046A4926165C1FAE25ECBBA8ED21B5AB47<br>File Hash: E0B6544B5A16DD60E96850DFFE9C57F7767A319028C2C2958EA0AA499AD5623C | 02/17/2024 21:23:32 | Vixen | 01/12/2024 | 02/14/2024 | PA0002454976 |
| 27 | Info Hash: 672199C02AA5953011C4945030356655B8972044<br>File Hash: A617C0780306733AE26A1A5B7C1DC68F1F331E910D9AB9C48B48E59EC5C52FF9 | 12/30/2023 03:28:03 | Vixen | 03/27/2020 | 04/17/2020 | PA0002246166 |
| 28 | Info Hash: C567D2771CF77D3CAD11DC8EEE621CE4BB903411<br>File Hash: 684E7BDD43C3EE01A580F39FCB9793ACCF7928BCD7498877A19F4693FD679658 | 12/27/2023 00:48:22 | Blacked | 03/12/2022 | 03/29/2022 | PA0002342846 |
| 29 | Info Hash: FAD2FBF47A0377CBA50150AA5272396744D2B4AC<br>File Hash: E8FBBF3A7747F3F3E86F8D9E134966CBEE065DFD5469844EE196458048CC5B18 | 06/07/2023 01:45:32 | Blacked Raw | 06/03/2023 | 06/09/2023 | PA0002415371 |